UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Denied as moot*
*Susan J. Dlott*
*Sept 26, 2024*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:24CR-029 |
| JACK WASHINGTON, | : | Judge Dlott |
| Defendant. | : | (Hearing Requested) |

## MOTION TO SUPPRESS EVIDENCE

Now comes Jack Washington, by and through counsel, and hereby moves the Court to suppress all evidence seized from his vehicle on February 6, 2024, including his subsequent statements, based on violations of his Fourth and Fifth Amendment rights. The grounds for this Motion are set forth in the attached memorandum.

Respectfully Submitted,

JOSEPH MEDICI
Federal Public Defender

*s/ Karen Savir*
Karen Savir (KY92002)
Assistant Federal Public Defender
Chiquita Center
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Jack Washington